UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$13,934.00 IN U.S. CURRENCY,<br><br>Defendant. | Case No. 14CV3002 BEN(BGS)<br><br>**ORDER GRANTING JOINT MOTION FOR JUDGMENT OF FORFEITURE**<br><br>[Docket No. 11] |
|---|---|

The United States of America and claimants Justin Lim, Jeffrey Oleksow, and Car Tune Independent Service, Inc. have filed a joint motion requesting the Court enter a judgment of forfeiture as described below. The joint motion is **GRANTED** and the Court enters Judgment of Forfeiture as follows:

1. The parties entered into this joint motion in order to resolve the matter of the seizure and forfeiture of the above-referenced defendant, $13,934.00 in U.S. Currency ("defendant currency"). The parties agreed to a settlement which is hereinafter described in its particulars.

2. $5,434.00 of the defendant currency shall be condemned and forfeited to the United States pursuant to Title 21, United States Code, Section 881. $8,500.00 of the defendant currency, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect, shall be returned to claimant, Jeffrey Oleksow, through his attorney of record Elliott N. Kanter.

The claimants agree that the $8,500.00 is to be returned to Jeffrey Oleksow and that the claimants are responsible for determining how the $8,500.00 is to be distributed among the three claimants.

3. The terms of this settlement do not affect the tax obligations, fines, penalties, or any other monetary obligations that the claimants may owe to the United States.

4. The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465. Claimants agree that by entering into this joint motion, that they have not "substantially prevailed" within the meaning of Title 28, United States Code, Section 2465. All parties shall bear their own costs and expenses, including attorney fees. Judgment shall be entered in favor of the United States on its complaint.

5. Claimants warrant and represent as a material fact that they are the sole owners of the defendant currency and further warrants that no other person or entity has any right, claim or interest in the defendant currency, and that they will indemnify the United States against any and all claims made against it on account of the seizure and forfeiture of the defendant currency.

6. The claimants, their agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the defendant currency.

This case is hereby ordered closed. Let judgment be entered accordingly.

Dated: June 3, 2015

Hon. Roger T. Benitez
United States District Judge